# ALABAMA COURT OF CRIMINAL APPEALS



February 2, 2024

**CR-2023-0526**
William Alexander Randall II v. State of Alabama (Appeal from Mobile Circuit Court: CC-00-2892)

## NOTICE

You are hereby notified that on February 2, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk